1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:14-CR-22 JAM

12                Plaintiff,               STIPULATION AND ORDER REGARDING
                                           RESTITUTION
13         v.

14 LETICIA ROQUE,

15                Defendant.

16
   The parties stipulate and agree:
17
   That the total restitution owed by the defendant in case 2:14-cr-22 is $102,521;
18
   That the Judgment and Sentence in the case 2: 14-cr-22 be amended to order restitution in the
19
   amount of $102,521, to be paid to the Internal Revenue Service at:
20
           IRS – RACS
21         Attn: Mail Stop 6261, Restitution
           333 W. Pershing Avenue
22         Kansas City, MO 64108

23     That the restitution is owed jointly and severally with any restitution ordered to be paid by any

24 co-defendant in this case; and

25     That interest on the restitution should be waived.

26 ///

27 ///

28

   STIPULATION REGARDING RESTITUTION                    1

| | | |
|---|---|---|
| Dated:  April 28, 2016 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ MATTHEW G. MORRIS<br>MATTHEW G. MORRIS<br>Assistant United States Attorneys |
| Dated:  April 28, 2016 | | |
| | By: | /s/ TASHA CHALFANT (auth by email)<br>TASHA CHALFANT<br>Attorney for Leticia Roque |

STIPULATION REGARDING RESTITUTION         2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-22 |
| Plaintiff, | ORDER REGARDING RESTITUTION |
| v. | |
| LETICIA ROQUE, | |
| Defendant. | |

Good cause appearing, the parties' stipulation regarding restitution is adopted, and the Court **ORDERS**:

That the total restitution owed by the defendant in case 2:14-cr-22 is $102,521;

That the Judgment and Sentence in the case 2: 14-cr-22 will be amended to order restitution in the amount of $102,521, to be paid to the Internal Revenue Service at:

>IRS – RACS
>Attn: Mail Stop 6261, Restitution
>333 W. Pershing Avenue
>Kansas City, MO 64108

That the restitution will be owed jointly and severally with any restitution ordered by this Court to be paid by any co-defendant in this case; and

That interest on the restitution will be waived.

Dated:   4/28/2016

/s/ John A. Mendez
The Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE